# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL NEWSOM

**JUDGMENT IN A CIVIL CASE**

v.

BREMERTON SCHOOL DISTRICT, et al.

CASE NUMBER: C07-5266FDB

    \_\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Defendant's Motion to Dismiss (Dkt #5) is GRANTED, and this cause of action is DISMISSED.

October 24, 2007                                          BRUCE RIFKIN
                                                                           Clerk

                                                                           s/ D. Forbes
                                                                         By, Deputy Clerk